IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| FRANK K. ECKER and a juvenile female, KJE, by and through her father and next friend, FRANK K. ECKER | § § § § | PLAINTIFFS |
| v. | § | Civil Action No. 1:07cv1101HSO-JMR |
| THE UNITED STATES OF AMERICA | § § § | DEFENDANT |

## FINAL JUDGMENT

This matter came on to be heard on the Motion to Dismiss [14] filed by Defendant United States of America, on or about January 12, 2009. The Court, after a full review and consideration of the record, the parties' submissions, the pleadings on file and the relevant legal authorities, finds that in accord with its Memorandum Opinion and Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that judgment is hereby rendered in favor of Defendant United States of America, pursuant to FED. R. CIV. P. 12(b)(1). This Civil Action is hereby dismissed with prejudice, with each party to bear their respective costs. All remaining pending motions are hereby denied as moot.

**SO ORDERED AND ADJUDGED**, this the 6th day of May, 2009.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE